# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

RACHEL MARY WILKINSON

*Plaintiff(s)*

v.

COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION

Civil Action No. 5:17-CV-45

*Defendant(s)*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award    ☐ Judgment costs    ☒ Other

other: IT IS ORDERED that the Magistrate Judge's Report and Recommendation is Affirmed and Adopted; Defendant's motion for Summary Judgment is GRANTED; Plaintiff's motion for Summary Judgment is DENIED; Plaintiff's Objections are OVERRULED; and this civil action is DISMISSED and STRICKEN from the active docket of this Court.

This action was:

☐ tried by jury    ☐ tried by judge    ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

Date: July 26, 2018

CLERK OF COURT
Cheryl Dean Riley

By: *A. O. Abraham*
*Signature of Clerk or Deputy Clerk*

FILED
JUL 26 2018
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003